UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                               Criminal No. 11-cr-88-01-JL

<u>Christiaan Jennings</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 40) filed by defendant is granted; Final Pretrial is rescheduled to February 23, 2012 at 11:00 a.m.; Trial is continued to the two-week period beginning March 6, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              _/s/ Joe Laplante_
                                              Joseph N. Laplante
                                              United States District Judge

Date: December 2, 2011

cc: Kevin Reddington, Esq.
    Pamela Rogers, Esq.
    William Morse, Esq.
    U.S. Marshal
    U.S. Probation